**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                              CASE NO. 3:11-cr-5-J-32JRK

DONALD HALL
_____

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT, AND
NOTICE OF SENTENCING**

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by the Honorable James R. Klindt, United States Magistrate Judge (Doc. 843), to which there was no objection, and accepts the defendant's plea of guilty to Count One of the Superseding Information, and the defendant is adjudged guilty of such offense.

**SENTENCING** for the defendant is hereby scheduled for **September 24, 2014 at 2:00 p.m.,** before the undersigned in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida. **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence. However, notwithstanding this provision, pursuant to 18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN FIVE (5) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

**NOTE: <u>The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse.  Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.</u>**[1]

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of June, 2014.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Jay Carl Taylor, AUSA
A. Russell Smith, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant

---

[1] Cell phones must be turned off while in the courtroom.