**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:11-cr-5-J-32JRK** |
| v. | |
| **DONALD HALL** | |

| | |
|---|---|
| **Counsel for Government:** | **Counsel for Defendant:** |
| Jay Carl Taylor | A. Russell Smith |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
**Courtroom Deputy: Marielena Diaz**          **U.S. Probation: Joshua Blakely**
**Court Reporter: Shannon Bishop**

## CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

|     |     |
|-----|-----|
|     | United States' witnesses: |
| X   | Defendant's witnesses:   Jason Donald Hall |
|     | United States' exhibits filed in evidence: |
|     | Defendant's exhibits filed in evidence: |
| X   | Plea previously accepted. |
| X   | Defendant adjudged guilty on Count **One (1) of the Superseding Information** |
| X   | Imprisonment:  **TIME SERVED.** |
|     | Court recommends confinement at: |
|     | Court recommends to the BOP that defendant enroll in a residential substance abuse treatment program, pursuant to 18 U.S.C. § 3621(e). |
|     | Defendant participate in any available educational and vocational programs. |
|     | Defendant has serious medical conditions, including diabetes, and the Bureau of Prisons should take that into account in its placement |
|     | Court recommends to the BOP that defendant receive mental health treatment. |
| X   | Supervised Release:  **TWO (2) YEARS.** |
|     | Probation: |
| X   | Special Assessment: **$100.00** to be paid immediately. |
|     | Restitution: |
| X   | Special conditions of supervised release/probation: |
|     | ___ Defendant shall provide the Probation Officer access to any requested financial information. |
|     | ___ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer. |
|     | ___ Defendant shall participate as directed in a program of mental health treatment. |
|     | ___ Defendant shall participate in a program for substance abuse treatment. |
|     | ___ The defendant shall participate in any available educational and vocational programs. |
|     | X Defendant shall participate in the Home Detention program for a period of **ONE (1) YEAR.** However, if defendant's medical condition or other circumstances render the home detention and monitoring provision difficult to implement, the Probation Officer may ask the Court to relieve defendant from this condition. |
|     | ___ Defendant shall perform _____ hours of community service as directed by the Probation Officer. |
|     | X The defendant shall refrain from engaging in any employment related to the medical profession, to specifically include practicing medicine and distributing and/or selling any pharmaceutical products. |
|     | X The defendant shall not reactivate his medical license. |
|     | ___ If deported by the Bureau of Immigration and Customs Enforcement (BICE), the Defendant shall not re-enter the United States unless allowed to do so legally. |

    X    Mandatory drug testing suspended. Defendant poses a low risk.
    X    Defendant shall cooperate in the collection of DNA as directed by the probation officer.
_____ Count(s) _____ is/are dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement.
_____ Defendant is remanded to the custody of the U.S. Marshal.
_____ Defendant shall surrender to the designated institution as notified by the U.S. Marshal.
    X    Defendant advised of right to appeal and to counsel on appeal.
    X    Other:    United States' Consent Motion for Entry of a Preliminary Order of Forfeiture (Doc. 889**) is GRANTED**.

    Preliminary Order of Forfeiture entered on April 30, 2015.

DATE: April 30, 2015        TIME:    10:05 a.m. - 12:15 p.m.